## THE STATE v. CARNELL, Appellant.

Division Two, January 31, 1905.

NO BILL OF EXCEPTIONS. Where defendant files no bill of exceptions, there is nothing before the appellate court except the record proper, and if that is free from error, the judgment will be affirmed.

Appeal from Dunklin Circuit Court.—*Hon. J. L. Fort,* Judge.

AFFIRMED.

*Edward C. Crow,* Attorney-General, and *Sam B. Jeffries,* Assistant Attorney-General, for the State.

BURGESS, P. J.—"At the May term, 1903, of the circuit court of Dunklin county the prosecuting attorney filed an information against the defendant charging him with feloniously assaulting one F. M. Fletcher. Defendant was afterwards arraigned and entered a plea of not guilty. Trial was had on the seventh day of May, 1903, in which the defendant was convicted by the jury and his punishment fixed at two years' imprisonment in the penitentiary."

Motions for a new trial and in arrest of judgment were filed and overruled. After this, defendant was sentenced according to law. He filed an affidavit for an appeal to this court.

No bill of exceptions has been filed in this case. The information is in proper form and the record free from error. The judgment is therefore affirmed.

All concur.